**No. 10-10466. Walter Dunbar, Petitioner v. United States.**

564 U.S. 1011, 131 S. Ct. 3008, 180 L. Ed. 2d 833, 2011 U.S. LEXIS 4459.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 385 Fed. Appx. 132.